FILED

2012 OCT -9 AM 11: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, PLAINTIFF
v.
YONGDA HUANG HARRIS
DEFENDANT(S).

CASE NUMBER: 12 MJ 2337

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/6/12  5:15  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked: 49 USC 46312 - TRANSPORTATION OF HAZARDOUS MATERIALS
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1983
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☐ No
    ☒ Yes  Name: _____  and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: AMY KERBECK  Time: 9:55 ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 10/8/12
16. Name: ANNE WALSH (Please Print)
17. Agency: ICE/HSI
18. Signature: _____
19. Office Phone Number: 310-242-7465

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION