**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Yongda Huang Harris Defendant. | Western Division<br>Case Number: 2:12-MJ-02337<br>Initial App. Date: 10/09/2012<br>Initial App. Time: 2:00 PM<br>Date Filed: 10/08/2012<br>Violation: 49:46502(a)(1)(B)<br>CourtSmart: CS 10/9/2012<br>Local Complaint<br>Custody |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Paul L. Abrams

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**
Howard, Christianna — *Deputy Clerk*
Melissa Mills — *Assistant U.S. Attorney*
None — *Interpreter/Language*

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [x] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Steven A. Seiden, Retained [ ] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [x] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [x] Preliminary Hearing set for 10/23/2012 at 4:30 PM _____
- [x] PIA set for: 10/29/2012 at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) 10/12/2012 (Time) 10:00 AM/PM
  - Type of Hearing: Detention Before Judge Abrams /Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom [x] Judge's Courtroom G, 9th Floor
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[ ] PSA [ ] USPO       [ ] FINANCIAL       [ ] READY
Deputy Clerk Initials CH
: 10